1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                    (HONORABLE WILLIAM McCURINE)

11  UNITED STATES OF AMERICA,        )   CASE NO. 08MJ0892
                                     )
12           Plaintiff,               )
                                     )
13  v.                                )
                                     )   **NOTICE OF APPEARANCE**
14  JUAN PEREZ-GARCIA,                )
                                     )
15           Defendant.               )
    _____  )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of

18  California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19  attorney in the above-captioned case.

20                                         Respectfully submitted,

21

22  Dated: March 26, 2008                  /s/ *JENNIFER L. COON*
                                           Federal Defenders of San Diego, Inc.
23                                         Attorneys for Defendant
                                           Jennifer_Coon@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

    Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: March 26, 2008     /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Jennifer_Coon@fd.org (email)