AO 455 (Rev. 5/85) Waiver of Indictment

FILED

APR - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JUAN PEREZ-GARCIA | CASE NUMBER: 08CR1069-JAH |

I, JUAN PEREZ-GARCIA, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 4/8/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Juan Pérez_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer