UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 08cr1069 JAH |
| Plaintiff, | ) ) | **ORDER RESCHEDULING SENTENCING DATE** |
| v. | ) ) | |
| JUAN PEREZ-GARCIA, | ) ) | |
| Defendant. | ) ) | |

On the Court's own motion **IT IS HEREBY ORDERED** that the sentencing hearing now scheduled for September 8, 2008 at 10:30 a.m. is **VACATED** and **RESET** to <u>**September 12, 2008**</u> at 10:30 a.m. in Courtroom 11.

DATED: August 25, 2008

_____
JOHN A. HOUSTON
United States District Judge